IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 622-017 |
| | ) | |
| MATTHEW HOLLEY; RODRIQUEZ WALLACE; and CHRISTINE WELK, | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed the above-captioned case on February 24, 2022. (Doc. no. 1.) On July 19, 2022, Plaintiff filed three certificates of service, one confirming service of process on Defendant Matthew Holley and two reporting unsuccessful attempts to serve Defendants Rodriquez Wallace and Christine Welk. (See doc. nos. 7-9.) On October 5, 2022, the Court ordered Plaintiff to explain the reasons for delay in service and why the unserved Defendants should not be dismissed. (Doc. no. 10.) On October 11, 2022, Plaintiff filed two affidavits confirming Defendants Wallace and Welk were served on October 10, 2022. (Doc. nos. 10, 11.) Plaintiff responded to the Court's October 5th Order explaining, the delay in serving Defendants related to clerical errors of counsel and possibly evasion of service by Defendants. (Doc. no. 13.)

Rule 4(m) empowers courts with discretion to extend the time for service when a plaintiff demonstrates good cause or other circumstances warranting an extension. Henderson

v. United States, 517 U.S. 654, 662-63 (1996); Lepone-Dempsey v. Carroll Cnty. Comm'rs, 476 F.3d 1277, 1282 (11th Cir. 2007); Horenkamp v. Van Winkle & Co., 402 F.3d 1129, 1132 (11th Cir. 2005).  Plaintiff has shown good cause, and the Court **EXTENDS** the time for serving Defendants Wallace and Welk through the date of service on October 10, 2022.

SO ORDERED this 3rd day of November, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA