AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OWNERS INSURANCE COMPANY,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV622-017

MATTHEW HOLLEY, RODRIQUEZ WALLACE, and CHRISTINE WELK,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered June 29, 2023, granting Plaintiff's motion for default judgment, judgment is hereby entered in favor of Plaintiff against Defendants. This case stands closed.



6/29/2023  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020